## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO.: 1:16-cv-25077-KMM

GENEVIEVE FIGUEROA**,**

       Plaintiff,

v.

JEFFERSON CAPITAL SYSTEMS, LLC,

       Defendant.

_____/

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES now plaintiff, Genevieve Figueroa (plaintiff), and defendant, Jefferson Capital Systems, LLC (JCAP), by and through their undersigned counsel, in the above-titled action and represent to the Court that this matter, regarding plaintiff's claims against JCAP, has been settled amicably, and request entry of a Final Order of Dismissal with Prejudice in this matter as to JCAP, with each party to bear its own costs and attorneys' fees except as provided in the parties' Settlement Agreement and Release of Liability.

Dated this 10th day of April 2017.

| | |
|---|---|
| */S/ Jibrael S. Hindi*_____ | */S/ Michael P. Schuette, Esq*_____ |
| Jibrael S. Hindi, Esq. | Michael P. Schuette, Esq. |
| Florida Bar No. 118259 | Florida Bar No. 0106181 |
| The Law Offices of Jibrael S. Hindi | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. |
| 110 SE 6th Street, Suite 1744 | 3350 Buschwood Park Drive, Suite 195 |
| Fort Lauderdale, FL 33301 | Tampa, FL 33618 |
| Telephone: (954) 907-1136 | Telephone: (813) 890-2472 |
| Facsimile: (855) 529-9540 | Facsimile: (866) 466-3140 |
| jibrael@jibraellaw.com | mschuette@sessions.legal |
| *Attorney for Plaintiff* | *Attorneys for Defendant,* |
| | *Jefferson Capital Systems, LLC* |